UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABRIEL BAR SHANY, ET AL.,<br><br>                              Plaintiffs,<br><br>            -against-<br><br>CHRIS TINSLEY, ET AL.,<br><br>                             Defendants. | 25cv8040 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the October 31, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   November 3, 2025
             New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                           Chief United States District Judge